# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19 CV 124

| | |
|---|---|
| WOLFE F.A. LLC, M14 PARTS AND ARMORY, LLC, and WOLFE PRECISION MANUFACTURING, LLC, | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) ) ORDER |
| BULA DEFENSE SYSTEMS, INC. LLC, d/b/a Bula, Inc., Bula Defense Systems, and Bula Defense Systems, Inc.; **BDSI, INC.,** d/b/a Bula, Inc., Bula Defense Systems, and Bula Defense Systems, Inc.; **BULA DEFENSE SYSTEMS, INC.; BULA FORGE & MACHINE, INC.,** d/b/a Bula, Inc., Bula Defense Systems, and Bula Defense Systems, Inc.; **and N. JEFF MILLER,** d/b/a BDS, INC. and d/b/a Bula Defense Systems, | ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Peter B. McGuire. The Motion indicates that Mr. McGuire, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Alanna B. Klein Fischer, who the Motion represents as being a member in good standing of the Bar of the Supreme Court of Ohio. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** Alanna B. Klein Fischer to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 8, 2019

W. Carleton Metcalf
United States Magistrate Judge